No. 3591.—JOHN LOCKWOOD v. JAMES E. ZUNTZ.

An appeal from the verdict of a jury and the judgment thereon will be dismissed on motion
if the note of evidence shows that no documents were filed in evidence nor testimony
in writing on the trial, and statement of facts or assignment of errors are found in the
record.

APPEAL from the Seventh District Court, parish of Orleans. *Collens*, J.
*John H. Ilsley*, for plaintiff and appellant. *Cotton & Levy* and *W.
O. Denegre*, for defendant and appellee.

HOWE, J. The judgment in this case was rendered by default, the
damages being assessed by a jury.

The certificate of the clerk of the court *a qua* shows that the record
contains a full, true and correct transcript of all the proceedings had,
but that no documents were filed in evidence, or testimony reduced to
writing on the trial. There is no bill of exceptions, no assignment of
errors, nor any statement of facts. The motion to dismiss must pre-
vail. It would be a vain thing to keep a case pending in this court
when it is clear that under no circumstances could the court grant any
relief to the appellant. 21 An. 458; 16 An. 98; 11 An. 644.

Appeal dismissed.

Rehearing refused.